# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Robert Lee Franklin

              V.                              **JUDGMENT IN A CIVIL CASE**

Mr. Kim, et al.

                                       **CASE NUMBER:**    06cv1850-H(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Accordingly, the Court denies plaintiff's application to proceed In Forma Pauperis without prejudice. If plaintiff wishes to proceed In Forma Pauperis, he should submit a copy of his prison trust account in addition to the application to proceed In Forma Pauperis............................................................................

| October 26, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | S/ R. Rhone |
|  | (By) Deputy Clerk |

ENTERED ON October 26, 2006